UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY THOMPSON, | : |
| | : CIVIL ACTION NO. 3:11-CV-340 |
| Plaintiff | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Blewitt) |
| | : |
| SHIRLEY MOORE SMEAL, et al., | : |
| | : |
| Defendants | : |

## ORDER

NOW, THIS 19th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 55) is **ADOPTED**;

2. Plaintiff's Objections (Doc. 61) are **OVERRULED**;

3. Defendants' cross motion for summary judgment (Doc. 38) is **GRANTED**;

4. Plaintiff's motion for summary judgment (Doc. 33) is **DENIED**;

5. The Complaint (Doc. 1) is **DISMISSED**;

6. The Clerk of Court is directed to **CLOSE** this case; and

7. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

FILED
SCRANTON

APR 19 2012

PER _____ DEPUTY CLERK

_____
United States District Judge